# EXHIBIT LIST

O:\FORMSM\EXHIBIT.LST

Evid Hrg 6/28/10

Trial Date(s):

vs. U.S

Jason S. Smith

Plaintiff's Attorney

Case No. 10-CR-71

Defendant's Attorney

| Exhibit No. | Date Offered | Date Admitted | Witness | Description of Exhibit | Offers, Objections, Rulings |
|---|---|---|---|---|---|
| 1 | 6/28/10 | 6/28/10 | Robinson | CD Recording of Officer Daniel Robinson + Jason Smith March 10, 2010 | |